# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-14-00800-CV

---

**In re Debbie Farmer**

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

### O R D E R

**PER CURIAM**

Relator Debbie Farmer has filed a petition for writ of mandamus and a motion for temporary relief from the district court's order of enforcement by contempt and suspension of contempt. We grant the motion for temporary relief. Enforcement of the contempt order is stayed pending further order of this Court. Further, we request a response to the petition for writ of mandamus from real party in interest by December 29, 2014.

It is so ordered December 19, 2014

Before Chief Justice Jones, Justices Pemberton and Goodwin